1   JIM S. MCNEILL (SBN 201663)
    E-mail: jmcneill@mckennalong.com
2   RUPA G. SINGH (SBN 214542)
    E-mail: rsingh@mckennalong.com
3   MCKENNA LONG & ALDRIDGE LLP
    750 B Street, Suite 3300
4   San Diego, CA 92101
    Telephone:    (619) 595-5400
5   Facsimile:    (619) 595-5450

6   LORA A. BRZEZYNSKI (*Pro Hac Vice to be submitted*)
    MINDY L. CAPLAN (*Pro Hac Vice to be submitted*)
7   MCKENNA LONG & ALDRIDGE LLP
    1900 K Street, NW
8   Washington, DC 20006
    Telephone:    (202) 496-7500
9   Facsimile:    (202) 496-7756

10  Attorneys for Plaintiff
    LG DISPLAY CO., LTD.

11

12              **UNITED STATES DISTRICT COURT**

13            **SOUTHERN DISTRICT OF CALIFORNIA**

14

15  LG DISPLAY CO., LTD.,                CASE No. **08 CV 2408 L POR**

16              Plaintiff,               **PETITION TO COMPEL
                                         COMPLIANCE WITH SUBPOENA FOR**
17       v.                             **PRODUCTION OF DOCUMENTS AND
                                         ATTENDANCE AT DEPOSITION TO**
18  CHI MEI OPTROELECTRONICS            **THIRD PARTY SONY ELECTRONICS,
    CORPORATION, etal,                   INC. IN CONSOLIDATED CASES**
19  AU OPTRONICS CORPORATION            **PENDING IN FOREIGN
                Defendants.              JURISDICTION (DISTRICT OF**
20                                       **DELAWARE)**

21

22

23

24

25

26

27

28

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

FILED
08 DEC 29 PM 4:19
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    Del    DEPUTY

ORIGINAL

**PETITION TO COMPEL COMPLIANCE**

Plaintiff LG DISPLAY CO., LTD (formerly known as LG.Philips LCD Co., Ltd.), by and through its attorneys of record, McKenna Long & Aldridge LLP, hereby brings this petition for compliance with the subpoena issued by the United States District Court for the Southern District of California in consolidated patent infringements cases pending in the United States District Court for the District of Delaware to compel third party SONY ELECTRONICS, INC. to produce documents and appear at deposition pursuant to Rules 30(b)(6) and 45 of the Federal Rules of Civil Procedure.

**PARTIES**

1.    Plaintiff LG DISPLAY CO., LTD ("LG DISPLAY"), is a corporation organized under the laws of the Republic of Korea, having a place of business located in Seoul, Korea.

2.    Upon information and belief, defendant CHI MEI OPTOELECTRONICS CORPORATION is a corporation organized under the laws of Taiwan, having its principal place of business there.

3.    Upon information and belief, defendant AU OPTRONICS CORPORATION is a corporation organized under the laws of Taiwan, having its principal place of business there.

4.    Upon information and belief, third party SONY ELECTRONICS, INC. ("SONY") has a principal place of business in San Diego, California.

**JURISDICTION**

5.    Consolidated cases involving patent infringement claims and counterclaims based upon and arising under the Patent Laws of the United States, 35 U.S.C. § 100 *et seq.* are pending in the United States District Court for the District of Delaware titled *LG Display Co., Ltd. v. Chi Mei Optoelectronics Corporation, et al.*, Case No. 06-726-JJF (the "Main Case").  Therefore, this Court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1331.

**VENUE**

6.    Venue is proper in this district because third party SONY resides within this judicial district and the events or omissions which are the basis of the dispute underlying this Petition occurred within this judicial district under 28 U.S.C. § 1391(a)(1), (2).

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

- 1 -

## FACTUAL ALLEGATIONS

7.      On or about June 10, 2008, the United States District Court for the Southern District of California issued a subpoena for production of documents and attendance at deposition to third party SONY pursuant to Rules 30(b)(6) and 45 of the Federal Rules of Civil Procedure for use by LG DISPLAY in the Main Case (the "SUBPOENA").

8.      Since July 2008, LG DISPLAY has made numerous attempts to reach an agreement with SONY regarding its production of documents and information responsive to the SUBPOENA.

9.      To date, SONY has refused or failed to produce all responsive information and documents.

10.     Given the discovery deadline in the Main Case of January 30, 2009, and having exhausted all informal efforts to meet and confer in good faith to obtain the information requested in the SUBPOENA, LG DISPLAY is left with no choice but to seek this Court's assistance in compelling SONY's immediate compliance with the SUBPOENA.

## PRAYER FOR RELIEF

Based on the above, LG DISPLAY prays for judgment as follows:

(1)     To compel SONY to produce documents and attend deposition in compliance with the SUBPOENA pursuant to Rules 30(b)(6), 37, and 45 of the Federal Rules of Civil Procedure and Civil Local Rule 7.1;

(2)     For plaintiffs' attorney fees, costs, and expenses to compel compliance of the SUBPOENA against SONY; and

(3)     For such other relief as the Court deems just and proper.

Dated: December 29, 2008               Respectfully submitted,

MCKENNA LONG & ALDRIDGE LLP

JIM S. McNEILL
RUPA G. SINGH
Attorneys for Plaintiff LG DISPLAY CO., LTD.

SD:22170410

# UNITED STATES
# DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

## # 158531    — TC

## December 29, 2008
## 16:19:51

### Civ Fil Non-Pris
USAO #.: 08CV2408
Judge..: M. JAMES LORENZ
Amount.:                    $350.00 CK
Check#.: 169632

## Total—>   $350.00

FROM: LG DISPLAY
      VS
      CHI MEI

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
LG Display Co., Ltd.

**DEFENDANTS**
Chi Mei Optoelectronics Corporation, et al.

FILED
08 DEC 29 PM 4: 17

'08 CV 2408 L POR

**(b)** County of Residence of First Listed Plaintiff A Korean Company
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant non-applicable
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Jim McNeill (SBN 201663)
Rupa Singh (SBN 214542)
McKenna Long & Aldridge LLP
750 B Street, Suite 3300
San Diego, CA 92101     (see attachment)

Attorneys (If Known)
Phillip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market St.
Wilmington, DE 19899
(302) 984-6000

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury - Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury - Product Liability | [ ] 625 Drug Related Seizure of Property 2 1 USC 88 1 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [X] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motion to Vacate Sentence | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **Habeas Corpus:** | [ ] 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | **IMMIGRATION** | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | | |
| | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus - Alien Detainee | | [ ] 950 Constitutionality of State Statutes |
| | | | [ ] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
FRCP 45 and 30b(6)   35 USC 101 et seq.

Brief description of cause:
Petition to enforce subpoena for documents and deposition re patent case pending in U.S. District Court, No. 06-726-JJF.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ $0.00
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE
December 29, 2008

SIGNATURE OF ATTORNEY OF RECORD
Rupa Singh

FOR OFFICE USE ONLY
RECEIPT # 158531     AMOUNT $350     APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____
TAC 12/29/08

CSDJS44

**Attachment to Civil Cover Sheet**

Additional Attorneys of Record for Plaintiff LG Display Co., Ltd.

LORA A. BRZEZYNSKI (*Pro Hac Vice to be submitted*)
MINDY L. CAPLAN (*Pro Hac Vice to be submitted*)
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC 20006
Telephone:    (202) 496-7500
Facsimile:    (202) 496-7756