| | |
|---|---|
| 1 | JAMES S. MCNEILL (SBN 201663) |
| | E-mail: jmcneill@mckennalong.com |
| 2 | RUPA G. SINGH (SBN 214542) |
| | E-mail: rsingh@mckennalong.com |
| 3 | MCKENNA LONG & ALDRIDGE LLP |
| | 750 B Street, Suite 3300 |
| 4 | San Diego, CA 92101 |
| | Telephone:(619) 595-5400 |
| 5 | Facsimile: (619) 595-5450 |
| 6 | LORA A. BRZEZYNSKI (*Pro Hac Vice to be submitted*) |
| | Mindy L. Caplan (*Pro Hac Vice to be submitted*) |
| 7 | MCKENNA LONG & ALDRIDGE LLP |
| | 1900 K Street, NW |
| 8 | Washington, DC 20006 |
| | Telephone:(202) 496-7500 |
| 9 | Facsimile: (202) 496-7756 |
| 10 | Attorneys for Plaintiff |
| | LG DISPLAY CO., LTD. |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| LG DISPLAY CO., LTD., | | CASE NO. 08-CV-2408 L (POR) | |
| Plaintiff, | | **CERTIFICATE OF SERVICE** | |
| v. | | | |
| CHI MEI OPTROELECTRONICS CORPORATION; AU OPTRONICS CORPORATION, | | Judge: Hon. Louisa S. Porter | |
| | | Ctrm: H | |
| Defendants. | | | |

McKenna Long & Aldridge LLP
Attorneys At Law
San Diego

08-CV-2408

LG DISPLAY CO., LTD. v CHI MEI OPTOELECTRONICS CORPORATION, ET AL.
United States District Court Case No. 08-cv-2408 L (POR)

# CERTIFICATE OF SERVICE

I, James S. McNeill, certify that I caused to be served upon the following counsel and parties of record a copy of the following document(s):

- **PETITION TO COMPEL COMPLIANCE WITH SUBPOENA FOR PRODUCTION OF DOCUMENTS AND ATTENDANCE AT DEPOSITION TO THIRD PARTY SONY ELECTRONICS, INC. IN CONSOLIDATED CASES PENDING IN FOREIGN JURISDICTION (DISTRICT OF DELAWARE); and**
- **CIVIL COVER SHEET.**

via personal service, overnight mail (VIA UPS), facsimile, first class mail or e-mail, as indicated below:

| | |
|---|---|
| ***Via U.P.S., Email, and Personal Service***<br>Sonja K. Alpert, Esq.<br>Director, Law Department , MZ7180<br>Sony Electronics, Inc.<br>16530 Via Esprillo<br>San Diego, CA  92127-1708<br>Tel.: (858) 942-2612 / Fax: (858) 942-9123<br>E-mail: sonja.alpert@am.sony.com | *Attorneys for Third Party*<br>*Sony Electronics, Inc.* |
| ***Via Personal Service***<br>Lawyers Incorporating Service<br>2730 Gateway Oaks Drive, Suite 100<br>Sacramento, CA  95833 | *Agent for Service of Process for*<br>*Third Party Sony Electronics, Inc.* |
| ***Via U.S. Mail***<br>Philip A. Rovner, Esq.<br>Dave E. Moore, Esq.<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE  19899-0951 | *Attorneys for Defendant*<br>*CHI MEI OPTROELECTRONICS*<br>*CORPORATION* |
| ***Via U.S. Mail***<br>Jonathan S. Kagan, Esq.<br>Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067-4276 | *Attorneys for Defendant*<br>*CHI MEI OPTROELECTRONICS*<br>*CORPORATION* |
| ***Via U.S. Mail***<br>Richard D. Kirk, Esq.<br>Stephen B. Brauerman, Esq.<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Wilmington, DE  19801 | *Attorneys for Defendant*<br>*CHI MEI OPTROELECTRONICS*<br>*CORPORATION* |

///

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

- 1 -

08-CV-2408

| | |
|---|---|
| ***Via U.S. Mail***<br><br>Karen L. Pascale, Esq.<br>John W. Shaw, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19899-0391 | *Attorneys for Defendant*<br>*AU OPTRONICS CORPORATION* |
| ***Via U.S. Mail***<br><br>M. Craig Tyler, Esq.<br>Brian D. Range, Esq.<br>Wilson Sonsini Goodrich & Rosati<br>900 South Capital of Texas Highway<br>Las Cimas IV, Fifth Floor<br>Austin, Texas 78746-5546 | *Attorneys for Defendant*<br>*AU OPTRONICS CORPORATION* |
| ***Via U.S. Mail***<br><br>Ron E. Shulman, Esq.<br>Julie Holloway, Esq.<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050 | *Attorneys for Defendant*<br>*AU OPTRONICS CORPORATION* |
| ***Via U.S. Mail***<br><br>Vincent K. Yip, Esq.<br>Peter J. Wied, Esq.<br>Jay C. Chiu, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA  90071 | *Attorneys for Defendant*<br>*AU OPTRONICS CORPORATION* |

Executed on **December 30, 2008,** in San Diego, California.

                                          s/James S. McNeill
                                          James S. McNeill

SD:22170431.1