JAMES S. MCNEILL (SBN 201663)
E-mail: jmcneill@mckennalong.com
RUPA G. SINGH (SBN 214542)
E-mail: rsingh@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
750 B Street, Suite 3300
San Diego, CA  92101
Telephone:     (619) 595-5400
Facsimile:     (619) 595-5450

LORA A. BRZEZNSKI (*Pro Hac Vice to be submitted*)
MINDY L. CAPLAN (*Pro Hac Vice to be submitted*)
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC  20006
Telephone:     (202) 496-7500
Facsimile:     (202) 496-7756

Attorneys for Plaintiff
LG DISPLAY CO., LTD.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LG DISPLAY CO., LTD.,<br><br>        Plaintiff,<br><br>    v.<br><br>CHI MEI OPTROELECTRONICS CORPORATION; AU OPTRONICS CORPORATION<br><br>        Defendants. | CASE NO.  08-cv-2408 L (POR)<br><br>**PLAINTIFF LG DISPLAY CO., LTD.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM, AND ATTENDANCE AT DEPOSITION BY, THIRD PARTY SONY ELECTRONICS, INC.**<br><br>Date:        January 27, 2009<br>Time:       2:00 p.m.<br>Judge:      Hon. Louisa S. Porter<br>Courtroom: H |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on January 27, 2009 at 2:00 p.m., or as soon as the matter may be heard, in Courtroom H of the above Court, located at 940 Front Street, San Diego, California 92101 before the Honorable Louisa S. Porter, plaintiff LG DISPLAY CO., LTD., by and through its counsel, will and hereby does move this Court to compel third-party SONY ELECTRONICS, INC. to produce documents and appear at a deposition in compliance with the Subpoena issued by this Court for the consolidated cases pending in the United States District Court for the District of Delaware styled: *LG Display Co., Ltd. v. Chi Mei Optroelectronics Corporation, et al.*, Case No. 06-726-JJF.

This Motion is made pursuant to Rules 30(b)(6), 37, and 45 of the Federal Rules of Civil Procedure and Civil Local Rule 7.1, and is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the supporting Declarations of John W. Lomas, Jr. and Mindy Caplan and attached exhibits; the Petition to Compel Compliance *et al.* on file with this Court; all matters of which this Court can take judicial notice; and such other pleadings, arguments, and documentary evidence as may be presented at or before the time of the hearing on the Motion.

Unless otherwise notified, the parties shall <u>not</u> appear for a hearing on the motion.

Dated: December 30, 2008          Respectfully submitted,

MCKENNA LONG & ALDRIDGE LLP

  s/James S. McNeill
James S. McNeill

Attorneys for Plaintiff LG DISPLAY CO., LTD.
E-mail: jmcneill@mckennalong.com

SD:22170414