1  JAMES S. MCNEILL (SBN 201663)
   E-mail: jmcneill@mckennalong.com
2  RUPA G. SINGH (SBN 214542)
   E-mail: rsingh@mckennalong.com
3  MCKENNA LONG & ALDRIDGE LLP
   750 B Street, Suite 3300
4  San Diego, CA 92101
   Telephone:   (619) 595-5400
5  Facsimile:   (619) 595-5450

6  LORA A. BRZEZNSKI (*Pro Hac Vice to be submitted*)
   MINDY L. CAPLAN (*Pro Hac Vice to be submitted*)
7  MCKENNA LONG & ALDRIDGE LLP
   1900 K Street, NW
8  Washington, DC 20006
   Telephone:   (202) 496-7500
9  Facsimile:   (202) 496-7756

10 Attorneys for Plaintiff
   LG DISPLAY CO., LTD.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| LG DISPLAY CO., LTD., | CASE NO. 08-cv-2408 L (POR) |
|---|---|
| Plaintiff, | **DECLARATION OF MINDY L. CAPLAN IN SUPPORT OF PLAINTIFF LG DISPLAY CO., LTD.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM, AND ATTENDANCE AT DEPOSITION BY, THIRD PARTY SONY ELECTRONICS, INC.** |
| v. | |
| CHI MEI OPTROELECTRONICS CORPORATION; AU OPTRONICS CORPORATION, | |
| Defendants. | |
| | Date:       January 27, 2009 |
| | Time:       2:00 p.m. |
| | Judge:      Hon. Lousia S. Porter |
| | Courtroom:  H |

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

08-CV-2408

I, Mindy L. Caplan, Esq. declare under the penalty of perjury as follows:

1. I am an attorney with the law firm of McKenna Long & Aldridge LLP in Washington, D.C. I have personal knowledge of the facts stated in this declaration, and if called as a witness, could competently testify to them. I make this declaration in support of LG Display Co., Ltd.'s ("LG Display") motion to compel production of documents from, and attendance at deposition by, third party Sony Electronics Inc. ("Sony") in the consolidated cases styled: *LG Display Co., Ltd. v. Chi Mei Optroelectronics Corporation, et al.*, Case No. 06-726 (the "Main Case").

2. Attached as Exhibit A is a true and correct copy of my November 4, 2008 e-mail to Sonja Alpert, counsel for Sony, attaching a copy of the Stipulation and Order Concerning the Confidentiality of Documents Produced by Third Parties, which was signed by Judge Joseph J. Farnan on August 1, 2008; and a copy of the Joint Stipulation and Order Concerning Entry of Interim Protective Order between LG Display and AUO. I never received a response to my November 4, 2008 e-mail.

3. On November 13, 2008, I left a voicemail message for Ms. Alpert regarding the status of Sony's document production. In my message, I stated that we were facing a fact discovery deadline of December 17, 2008 so that time was of the essence. I never received a response to my voicemail.

4. Attached as Exhibit B is a true and correct copy of my November 25, 2008 e-mail and letter to Ms. Alpert.

5. Attached as Exhibit C is a true and correct copy of the November 26, 2008 e-mail I received informing me that my November 25 e-mail and letter were not delivered.

6. Attached as Exhibit D is a true and correct copy of my November 26, 2008 e-mail and letter to Ms. Alpert forwarding what I had sent via e-mail on November 25, 2008.

7. Attached as Exhibit E is a true and correct copy of the November 26, 2008 e-mail I received informing me that Ms. Alpert was out of the office until December 1, 2008.

8. Attached as Exhibit F is a true and correct copy of the December 1, 2008 e-mail I received from Ms. Alpert.

1  9.  Attached as Exhibit G is a true and correct copy of my December 2, 2008
2  2:36 p.m. e mail to Ms. Alpert.
3  10.  Attached as Exhibit H is a true and correct copy of the December 2, 2008
4  3:12 p.m. e-mail I sent to Ms. Alpert.
5  11.  On December 2, 2008 I spoke to Sony's counsel, Sonja Alpert, regarding Sony's
6  response to the Subpoena. Ms. Alpert told me that she would have to review the protective order
7  and speak to several people at Sony to determine what Sony may be able to produce. Later that
8  afternoon, Ms. Alpert left me a voicemail stating that she could not provide an update regarding a
9  response from Sony until December 4, 2008.
10  12.  Attached as Exhibit I is a true and correct copy of my December 3, 2008 e-mail to
11  Ms. Alpert.
12  13.  Attached as Exhibit J is a true and correct copy of the December 4, 2008 e-mail
13  and letter from Ms. Alpert.
14  14.  On December 8, 2008 I left a voicemail for Ms. Alpert regarding her December 4,
15  2008 letter, which was never returned.
16  15.  On December 12, 2008 I left another voicemail for Ms. Alpert, which was never
17  returned.
18  16.  Attached as Exhibit K is a true and correct copy of my December 22, 2008 e-mail
19  to Ms. Alpert.
20  17.  Attached as Exhibit L is a true and correct copy of the December 24, 2008 e-mail
21  and letter from Ms. Alpert.
22  18.  Attached as Exhibit M is a true and correct copy of the corporate profile for Sony
23  located at http://www.referenceusa.com/bd/detail.asp?si=4234390069320&abinumber=8010
24  56862&type=n&page=1.
25  19.  Attached as Exhibit N is a true and correct copy of the outline of principal
26  operations page on the Sony website located at http://www.sony.com/SCA/outline/
27  electronics.shtml.
28

McKenna Long &
Aldridge LLP
Attorneys At Law
San Diego

20. Attached as Exhibit O is a true and correct copy of the link on the Best Buy website listing the brand of LCD televisions sold at Best Buy, located at http://www.bestbuy.com/site/olspage.jsp?id=abcat0101000&type=category.

21. Attached as Exhibit P is a true and correct copy of the link on the Wal-Mart website listing the Sony brand televisions sold located at http://www.walmart.com/browse/TVs/All-TVs/Sony/_/N-73jgZ1z0po3v?catNavId=540821&ic=24_0&path=0%3A3944%3A3996&ref=125875.331180+500500.4294296139.

22. Attached as Exhibit Q is a true and correct copy of the link on the Circuit City website listing the Sony brand televisions sold located at http://www.circuitcity.com/ssm/Televisions/sem/rpsm/catOid/-12867/N/20012866+20012867+40000229/link/ref/rpem/ccd/categorylist.do.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on December 29, 2008.

_____
Mindy L. Caplan