| | |
|---|---|
| 1 | JAMES S. MCNEILL (SBN 201663) |
| | E-mail: jmcneill@mckennalong.com |
| 2 | RUPA G. SINGH (SBN 214542) |
| | E-mail: rsingh@mckennalong.com |
| 3 | MCKENNA LONG & ALDRIDGE LLP |
| | 750 B Street, Suite 3300 |
| 4 | San Diego, CA  92101 |
| | Telephone:(619) 595-5400 |
| 5 | Facsimile: (619) 595-5450 |

LORA A. BRZEZYNSKI (*Pro Hac Vice to be submitted*)
Mindy L. Caplan (*Pro Hac Vice to be submitted*)
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC 20006
Telephone:(202) 496-7500
Facsimile: (202) 496-7756

Attorneys for Plaintiff
LG DISPLAY CO., LTD.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| LG DISPLAY CO., LTD., | CASE NO.  08-CV-2408 L (POR) |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CHI MEI OPTROELECTRONICS CORPORATION; AU OPTRONICS CORPORATION, | Judge:    Hon. Louisa S. Porter |
| | Ctrm:     H |
| Defendants. | |

MCKENNA LONG & ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

08-CV-2408

<u>LG DISPLAY CO., LTD. v CHI MEI OPTOELECTRONICS CORPORATION, ET AL.</u>
United States District Court Case No. 08-cv-2408 L (POR)

## CERTIFICATE OF SERVICE

I, James S. McNeill, certify that I caused to be served upon the following counsel and parties of record a copy of the following document(s):

- **PLAINTIFF LG DISPLAY CO., LTD.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM, AND ATTENDANCE AT DEPOSITION BY, THIRD PARTY SONY ELECTRONICS, INC.**
- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF LG DISPLAY CO., LTD.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM, AND ATTENDANCE AT DEPOSITION BY, THIRD PARTY SONY ELECTRONICS, INC.**
- **DECLARATION OF JOHN W. LOMAS, JR. IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM, AND ATTENDANCE AT DEPOSITION BY, THIRD PARTY SONY ELECTRONICS, INC.**
- **DECLARATION OF MINDY L. CAPLAN IN SUPPORT OF PLAINTIFF LG DISPLAY CO., LTD.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM, AND ATTENDANCE AT DEPOSITION BY, THIRD PARTY SONY ELECTRONICS, INC.**
- **PLAINTIFF LG DISPLAY CO., LTD.'S *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME ON ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM, AND ATTENDANCE AT DEPOSITION BY, THIRD PARTY SONY ELECTRONICS, INC.**

via personal service, overnight mail (VIA UPS), facsimile, first class mail or e-mail, as indicated below:

| | |
|---|---|
| ***Via U.P.S., Email, and Personal Service***<br>Sonja K. Alpert, Esq.<br>Director, Law Department , MZ7180<br>Sony Electronics, Inc.<br>16530 Via Esprillo<br>San Diego, CA  92127-1708<br>Tel.:  (858) 942-2612 / Fax:  (858) 942-9123<br>E-mail:  sonja.alpert@am.sony.com | *Attorneys for Third Party*<br>*Sony Electronics, Inc.* |
| ***Via Personal Service***<br>Lawyers Incorporating Service<br>2730 Gateway Oaks Drive, Suite 100<br>Sacramento, CA  95833 | *Agent for Service of Process for*<br>*Third Party Sony Electronics, Inc.* |
| ***Via U.S. Mail***<br>Philip A. Rovner, Esq.<br>Dave E. Moore, Esq.<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE  19899-0951 | *Attorneys for Defendant*<br>*CHI MEI OPTROELECTRONICS*<br>*CORPORATION* |

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN DIEGO

- 1 -

08-CV-2408

| | | |
|---|---|---|
| 1 2 3 | *Via U.S. Mail*<br><br>Jonathan S. Kagan, Esq.<br>Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067-4276 | *Attorneys for Defendant*<br>*CHI MEI OPTROELECTRONICS*<br>*CORPORATION* |
| 4 5 6 7 | *Via U.S. Mail*<br><br>Richard D. Kirk, Esq.<br>Stephen B. Brauerman, Esq.<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Wilmington, DE  19801 | *Attorneys for Defendant*<br>*CHI MEI OPTROELECTRONICS*<br>*CORPORATION* |
| 8 9 10 11 | *Via U.S. Mail*<br><br>Karen L. Pascale, Esq.<br>John W. Shaw, Esq.<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19899-0391 | *Attorneys for Defendant*<br>*AU OPTRONICS CORPORATION* |
| 12 13 14 15 | *Via U.S. Mail*<br><br>M. Craig Tyler, Esq.<br>Brian D. Range, Esq.<br>Wilson Sonsini Goodrich & Rosati<br>900 South Capital of Texas Highway<br>Las Cimas IV, Fifth Floor<br>Austin, Texas 78746-5546 | *Attorneys for Defendant*<br>*AU OPTRONICS CORPORATION* |
| 16 17 18 | *Via U.S. Mail*<br><br>Ron E. Shulman, Esq.<br>Julie Holloway, Esq.<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050 | *Attorneys for Defendant*<br>*AU OPTRONICS CORPORATION* |
| 19 20 21 22 | *Via U.S. Mail*<br><br>Vincent K. Yip, Esq.<br>Peter J. Wied, Esq.<br>Jay C. Chiu, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA  90071 | *Attorneys for Defendant*<br>*AU OPTRONICS CORPORATION* |

Executed on **December 30, 2008,** in San Diego, California.

                                                             s/James S. McNeill
                                                              James S. McNeill

SD:22170419.1